UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,                                  )<br>                                              )<br>                                              )<br>v.                                           )<br>                                              )<br>IGOR ALEKSANDROVICH ZHIRNOV, )<br>Defendant.                               )<br>_____) | Criminal Case No.<br>1:20-cr-00325-MLB-AJB |

## **ENTRY OF APPEARANCE AS LOCAL COUNSEL**

COMES NOW the undersigned counsel and enters her appearance as **LOCAL COUNSEL** for all matters on behalf of the Defendant before this court in the above-captioned case. Attorney Albert Dayan has applied to be admitted in this case *pro hac vice* and he will serve as lead counsel in this matter.

Respectfully submitted this 23rd day of September 2021.

/s/Saraliene Durrett
SARALIENE DURRETT

1800 Peachtree Street
Suite 300
Atlanta, GA 30309
(404) 433-0855
ssd@defendingatl.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date electronically filed the foregoing entry of appearance with the clerk of the court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

All defense counsel of record

All AUSAs of record

Respectfully submitted this 23rd day of September 2021.

/s/Saraliene Durrett
SARALIENE DURRETT

1800 Peachtree Street
Suite 300
Atlanta, GA 30309
(404) 433-0855
ssd@defendingatl.com