# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00325-MLB-AJB
## USA v. Baskakov et al
## Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 09/24/2021.

TIME COURT COMMENCED: 10:43 A.M.
TIME COURT CONCLUDED: 11:52 A.M.
TIME IN COURT: 00:09
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR Gold
DEPUTY CLERK: Lisa Enix

| | |
|---|---|
| DEFENDANT(S): | [2]Igor Aleksandrovich Zhirnov NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Saraliene Durrett representing Igor Aleksandrovich Zhirnov<br>Thomas Krepp representing USA<br>** Albert Dayan |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | The Defendant has requested additional time to file motions and continue the pretrial conference on the grounds of needing more time to consult with his client. The motions is Granted and the Defendant shall have until November 10, 2021 to file motions and the pretrial conference shall be scheduled on November 12, 2021 at 10:30 am. |
| EXCLUDABLE DELAY: | The Defendant shall have until 11/10/2021 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |
| ADDL HEARING(S) SCHEDULED: | Pretrial Conference set for 11/12/2021 at 10:30 a.m. via Zoom |